UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-CV-62-TBR

MOVITA MORRIS                                                                          PLAINTIFF

v.

TIG, INC. d/b/a KIDS KARE LONE OAK, KY                   DEFENDANT

## AGREED ORDER OF DISMISSAL

This matter came before the Court on joint motion of the Plaintiff, Movita Morris, and the Defendant, TIG, Inc. d/b/a Kids Kare Lone Oak, Ky. ("TIG"). The parties have resolved the dispute between them to their satisfaction, and the claims asserted, or that could have been asserted, herein by Plaintiff are subject to a full, final, and binding release. Accordingly, the parties have requested the Court to enter an order dismissing this action with prejudice, including all claims asserted or that could have been asserted herein. The Court has considered the foregoing and the agreement of the parties, and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this action, including all claims that were or could have been asserted in it, are **DISMISSED**, with prejudice. All costs and fees shall be borne by the party incurring them.

Have seen and agreed to by:

/s/ Movita Morris
Movita Morris, Plaintiff

s/Miller Grumley
*Counsel for Defendant, TIG, Inc.*