UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-CV-62-TBR

MOVITA MORRIS                                                           PLAINTIFF

V.

TIG, INC.
d/b/a KIDS KARE LONE OAK, KY                                            DEFENDANT

## *ORDER OF DISMISSAL*

Pursuant to the Agreed order of Dismissal entered at Docket #22.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.

All deadlines, telephonic conferences, and the jury trial are vacated/cancelled. This case is now closed.

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

November 18, 2021

cc: Counsel

Movita Morris, *pro se* plaintiff